*Omri F. Hibbard* for appellant.

*Isaac H. Levy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.

---

THOMAS H. FRANKLIN, Appellant, *v.* PACIFIC IMPROVE-MENT COMPANY, Respondent.

*Franklin* v. *Pacific Improvement Co.*, 154 App. Div. 905, appeal dismissed.
(Argued May 6, 1915;.decided May 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 7, 1913, modifying and affirming as modified a judgment in favor of defendant entered upon a verdict directed by the court in an action brought to recover commissions alleged to be due the plaintiff as a shipbroker for effecting a sale of the defendant's steamship *San Mateo.*

*De Lagnel Berier* and *James J. Macklin* for appellant.

*Frederick M. Brown* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.

---

BENJAMIN J. PEARSON, Appellant, *v.* WILLIAM L. REED et al., Respondents.

*Pearson* v. *Reed*, 152 App. Div. 468, affirmed.
(Argued May 6, 1915; decided May 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,